COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-07-239-CV

 

 

AMX
ENTERPRISES, L.L.P.,                                                   APPELLANT

F/K/A
AMX ENTERPRISES, INC.                                                             

 

                                                   V.

 

MASTER
REALTY CORP. AND                                                APPELLEES

COMPOSITE INVESTMENTS, INC.

 

                                               ----------

            FROM THE 141ST
DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered the AAgreed Motion To Dismiss Appeal As To Composite Investments, Inc.
Only.@  It is the court=s opinion that the motion should be granted; therefore, we dismiss the
appeal of appellant as to appellee Composite Investments, Inc. only.  See TEX. R. APP. P. 42.1(a)(1),
43.2(f).  This case shall hereafter be
styled AAMX Enterprises, L.L.P., f/k/a AMX Enterprises, Inc. v. Master Realty
Corp.@








Costs of the appeal of appellant as to appellee Composite Investments,
Inc. only shall be paid by appellant, for which let execution issue.

 

PER
CURIAM       

 

 

PANEL B:  GARDNER, HOLMAN, and WALKER, JJ.

 

DELIVERED:   July 24, 2008











[1]See Tex. R. App. P. 47.4.